**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Wayne L. BRODERICK, a.k.a. Bam**
**Bam, Defendant–Appellant.**

**No. 15–12466**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

March 9, 2016.

Susan Hollis Rothstein-Youakim, Arthur Lee Bentley, III, Amanda Lynn Riedel, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Thomas A. Burns, Burns, PA, Tampa, FL, for Defendant–Appellant.

Before HULL, WILLIAM PRYOR and JORDAN, Circuit Judges.

PER CURIAM:

Thomas A. Burns, appointed counsel on appeal for Wayne L. Broderick, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Broderick's convictions and total sentence are **AFFIRMED.**